UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODNEY F. LEON**                                                CIVIL ACTION

                                                                  No. 06-3957
**VERSUS**

**JGC-HAMPTON, L.L.C.**                                           SECTION: I/4

ORDER AND REASONS

Before the Court is plaintiff's motion to remand.  Plaintiff states that there is not more than $75,000 in controversy such as to vest this Court with diversity jurisdiction pursuant to 28 U.S.C. § 1332.[1]  Subsequent to the filing of plaintiff's motion, defendant and plaintiff agreed to irrevocably stipulate that plaintiff's damages in this case will not exceed $75,000. Defendant therefore consents to plaintiff's motion to remand.[2] There being no assertion of federal question jurisdiction, this Court is without subject matter jurisdiction.

Accordingly,

**IT IS ORDERED** that the motion to remand filed on behalf of plaintiff, Rodney F. Leon,[3] is **GRANTED** and the case is **REMANDED** to Civil District Court for the Parish of Orleans.

---

[1] Rec. Doc. No. 6-1.

[2] Rec. Doc. No. 10.

[3] Rec. Doc. No. 6-1.

New Orleans, Louisiana, October \_\_\_4th\_\_\_, 2006.

_____
             LANCE M. AFRICK
        UNITED STATES DISTRICT JUDGE